MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
PERRY R. CLARK (Bar No. 197101)
E-Mail: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA
E-Mail: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
LEXAR MEDIA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Case No. 03-CV-00355 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. EMBASSY IN TOKYO, JAPAN**<br><br><br>Courtroom 11, 19th Floor<br>Honorable Martin J. Jenkins |

1   TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
2         ASSIGNED TO TOKYO, JAPAN

3   This request is made in conjunction with the above-captioned lawsuit. This lawsuit
4   relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are
5   valid, and whether those patents are infringed by Fuji Photo Film U.S.A., Inc. ("Fuji").

6   Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17
7   of the United States-Japan Consular Convention, you have been duly appointed to permit, and
8   counsel are hereby authorized to take, the oral depositions of the following witnesses (who will
9   appear voluntarily) and to mark any documentary exhibits in connection therewith at the United
10  States Embassy in Tokyo, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Kaoru Adachi | 13-45 Senzui 3-Chome, Asaka-shi, Saitama 351-8585, Japan<br><br>(business address of Fuji Photo Film Co., Ltd.) | Fuji Photo Film Co., Ltd. | November 14, 2005 | November 15, 2005 |
| Hiroyuki Niwano | 1-6, Matsusakadaira, Taiwa-Cho, Kurokawa-Gun, Miyagi 981-3473, Japan<br><br>(business address of FujiFilm Microdevices Co., Ltd.) | FujiFilm Microdevices Co., Ltd. | November 16, 2005 | November 17, 2005 |
| Atsushi Nakamura | 26-30 Nishiazabu 2-Chome, Minato-ku, Tokyo 106- | Fuji Photo Film Co., Ltd. | November 18, 2005 | November 18, 2005 |

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| | | | | |
|---|---|---|---|---|
| 8620, Japan (business address of Fuji Photo Film Co., Ltd.) | | | | |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Embassy in Tokyo, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

Counsel for Lexar who may participate in these depositions include Matthew D. Powers, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Michael D. Powell, Ira R. Hatton, and Kwang-chien B. Ger. Counsel for Fuji who may participate in these depositions include Robert C. Scheinfeld, Gary M. Butter, Jeffrey D. Sullivan, Eliot D. Williams, and Eric J. Faragi. The following employees of Weil, Gotshal & Manges, the law firm representing Plaintiff Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, and Anna Malak. These proceedings may be reported by a court reporter (Anne M. Torreano from Pulone & Stromberg and/or Jodi Harmon from American Realtime Court Reporters) and may also be videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, and/or Jenny L. Miller from McMahon & Associates and/or Paul Diserio from Legal Video Asia) chosen by Lexar for this purpose. The proceedings may be translated by an interpreter (Sadaaki Matsutani) chosen by Lexar. A check interpreter (Mrs. Lise) chosen by Fuji may attend the depositions as well.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the Embassy.

///

///

///

///

1 | SO STIPULATED.

2 | Dated: October 19, 2005      WEIL, GOTSHAL & MANGES LLP

By:    /s/ Perry Clark
Perry Clark
Attorneys for Plaintiff
LEXAR MEDIA, INC.

7 | Dated: October 19, 2005      BAKER BOTTS, LLP

By:    /s/ Jeffrey D. Sullivan
Jeffrey D. Sullivan
Attorneys for Defendant
FUJI PHOTO FILM U.S.A., INC.

I hereby attest that I have the authorization of Jeffrey D. Sullivan to file this document on his behalf.

/s/ Perry Clark
Perry Clark

IT IS SO ORDERED.

Dated: 10/21/2005

The Honorable Martin J. Jenkins
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. EMBASSY IN TOKYO, JAPAN     3     CASE NO. 03-CV-00355 MJJ
SV1:\233636\01\509w01!.DOC\59204.0004