E-filing

[APPEARANCES LISTED ON SIGNATURE PAGES]

**FILED**

JAN 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>      Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>      Defendant-Counterclaim Plaintiff. | Case No. 03-CV-00355 MJJ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN**<br><br>Courtroom 11, 19th Floor<br>Honorable Martin J. Jenkins |

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuit. This lawsuit relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Fuji Photo Film U.S.A., Inc. ("Fuji").

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses (who will appear voluntarily) and to mark any documentary exhibits in connection therewith at the United States Consulate in Osaka-Kobe, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Kaoru Adachi | 13-45 Senzui 3-Chome, Asaka-shi, Saitama 351-8585, Japan (business address of Fuji Photo Film Co., Ltd.) | Fuji Photo Film Co., Ltd. | February 21, 2006 | February 21, 2006 |
| Hideaki Ogawa | 13-45 Senzui 3-Chome, Asaka-shi, Saitama 351-8585, Japan (business address of Fuji Photo Film Co., Ltd.) | Fuji Photo Film Co., Ltd. | February 22, 2006 | February 24, 2006 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN

1

CASE NO. 03-CV-00355 MJJ
SV1:\238720\01\5474O1!.DOC\59204.0004

1   is given to mark any documentary exhibits in connection with these depositions. The testimony
2   obtained shall be used for any and all appropriate purposes.

3   The parties hereby agree that the court reporter will distribute copies of the
4   deposition transcript with no further involvement of the consulate.

5   Counsel for Lexar who may participate in these depositions include Matthew D.
6   Powers, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry
7   Clark, Michael D. Powell, Ira R. Hatton, Kwang-chien B. Ger, Yen Nguyen, Michael D. Lane,
8   and Jinyung Lee. Counsel for Fuji who may participate in these depositions include Robert C.
9   Scheinfeld, Gary M. Butter, Jeffrey D. Sullivan, Eliot D. Williams, and Eric J. Faragi. The
10  following employees of Weil, Gotshal & Manges, the law firm representing Plaintiff Lexar, may
11  also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Anna
12  Malak, Danielle Johnson, Steven Papazian, and Khoa Nguyen. These proceedings may be
13  reported by a court reporter (Anne M. Torreano and/or Diane Martin from Pulone & Stromberg
14  and/or Jodi Harmon from American Realtime Court Reporters) and may also be videotaped by a
15  videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, and/or
16  Jenny L. Miller from McMahon & Associates and/or Paul Diserio from Legal Video Asia) chosen
17  by Lexar for this purpose. The proceedings may be translated by an interpreter (Sadaaki
18  Matsutani and/or Kaoru Tamura) chosen by Lexar. A check interpreter (William Lise) chosen by
19  Fuji may attend the depositions as well.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  SO STIPULATED.

2  Dated: January 19, 2006                    WEIL, GOTSHAL & MANGES LLP

3

4                                              By: _____/S/_____

5                                              MATTHEW D. POWERS (Bar No. 104795)
                                               E-Mail: matthew.powers@weil.com
6                                              STEVEN CHERENSKY (Bar No. 168275)
                                               E-Mail: steven.cherensky@weil.com
7                                              PERRY R. CLARK (Bar No. 197101)
                                               E-Mail: perry.clark@weil.com
8                                              WEIL, GOTSHAL & MANGES LLP
                                               Silicon Valley Office
9                                              201 Redwood Shores Parkway
                                               Redwood Shores, CA 94065
10                                             Telephone: (650) 802-3000
                                               Facsimile: (650) 802-3100
11
                                               ANITA E. KADALA
12                                             E-Mail: anita.kadala@weil.com
                                               WEIL, GOTSHAL & MANGES LLP
13                                             Houston Office
                                               700 Louisiana, Suite 1600
14                                             Houston, Texas 77002
                                               Telephone: (713) 546-5000
15                                             Facsimile: (713) 224-9511

16                                             Attorneys for Plaintiff LEXAR MEDIA,
                                               INC.
17

18  Dated: January 19, 2006                    BAKER BOTTS, LLP

19

20                                              By: _____/S/_____

21                                              JEFFREY L. BLEICH (Bar No. 144340)
                                               E-Mail: jeff.bleich@mto.com
22                                             MUNGER, TOLLES & OLSON L.L.P.
                                               560 Mission Street, 27th Floor
23                                             San Francisco, CA 94105
                                               Telephone: (415) 512-4000
24                                             Facsimile: (415) 512-4077

25                                              ROBERT C. SCHEINFELD
                                               E-Mail: robert.scheinfeld@bakerbotts.com
26                                             JEFFREY D. SULLIVAN
                                               E-Mail: jeffrey.sullivan@bakerbotts.com
27                                             ELIOT D. WILLIAMS
                                               E-Mail: eliot.williams@bakerbotts.com
28                                             BAKER BOTTS, L.L.P.

1  
2  30 Rockefeller Plaza, 44th Floor  
New York, NY 10112  
Telephone: (212) 408-2500  
Facsimile: (212) 408-2501  
3  
4  Attorneys for Defendant FUJI PHOTO FILM USA, INC.  
5  
6        I hereby attest that I have the authorization of Jeffrey D. Sullivan to file this document on his behalf.  
7  
8  /S/  
Perry Clark  
9  
10  
11  IT IS SO ORDERED.  
12  Dated: 1/20/2006  
                                    The Honorable Martin J. Jenkins  
13                                      United States District Judge  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28