**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>      Plaintiff–Counterclaim Defendant<br>v.<br>LEXAR MEDIA, INC.,<br><br>      Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| LEXAR MEDIA, INC.,<br><br>      Plaintiff-Counterclaim Defendant<br>v.<br>FUJI PHOTO FILM USA, INC.,<br><br>      Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ |
| LEXAR MEDIA, INC.,<br><br>      Plaintiff,<br>v.<br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP.,<br><br>      Defendants. | Case No. 00-CV-4770 MJJ |

The parties have met and conferred and agree that a short extension of time will be needed to complete fact and expert discovery and to prepare for mediation, dispositive motions, and trial. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the June 8, 2005 Scheduling Order be **extended four weeks** as follows.

| Event | June 8, 2005 Scheduling Order | Proposed Date |
|---|---|---|
| Complete fact discovery | February 24, 2006 | March 24, 2006 |
| Burden of proof expert reports | March 17, 2006 | April 14, 2006 |
| Rebuttal expert reports | April 4, 2006 | May 12, 2006 |
| Complete Expert Discovery | May 1, 2006 | May 29, 2006 |
| Last day to file dispositive motions | May 25, 2006 | June 22, 2006 |
| Opposition briefs due | June 8, 2006 | July 6, 2006 |
| Reply briefs due | June 15, 2006 | July 13, 2006 |
| Hearing on dispositive motions | June 30, 2006 | July 28, 2006, or as soon thereafter as is convenient for the Court and the parties |
| Mediation take place before | End of July 2006 | August 28, 2006 |
| New claim terms designated by | End of July 2006 | August 28, 2006 |
| Further status conference hearing | August 31, 2006 | September 28, 2006, or as soon thereafter as is convenient for the Court and the parties |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATION AND [PROPOSED] ORDER
Case No. 02-5273 MJJ (JL)

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 2, 2006 | /s/ Perry Clark |

Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Perry R. Clark (Bar No. 197101)
perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for
LEXAR MEDIA, INC.

Dated: February 2, 2006                          /s/ Rob McCauley

Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

STIPULATION AND [PROPOSED] ORDER
Case No. 02-5273 MJJ (JL)

2

| | | |
|---|---|---|
| 1 | Dated: February 2, 2006 | /s/ Jeffrey Sullivan |
| 2 | | Jeffrey L. Bleich (Bar No. 144340)<br>BAKER BOTTS, LLP |
| 3 | | E-Mail: jeff.bleich@mto.com<br>MUNGER, TOLLES & OLSON L.L.P. |
| 4 | | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| 5 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Attorneys for Defendant
FUJI PHOTO FILM USA, INC.

Dated: February 2, 2006    /s/ Justin Beck

Daniel S. Mount, Esq. (Bar No. 077517)
dmount@mount.com
Ron C. Finley, Esq. (Bar No. 200549)
rfinley@mount.com
Justin T. Beck, Esq. (Bar No. 53138)
jbeck@mount.com
Jeremy M. Duggan (Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendants
PRETEC ELECTRONICS CORP. and
C-ONE TECHNOLOGY CORPORATION
PNY TECHNOLOGIES, INC

# SUPPORTING DECLARATION OF PERRY CLARK

I, Perry Clark, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have been actively engaged in discovery and, in particular, the parties have been actively preparing for and taking depositions in the United States and in Japan since September, 2005. In recent weeks, the parties have met and conferred and agreed that the schedule in this case should be extended by four weeks, as requested above, to permit the orderly completion of fact and expert discovery and to prepare for mediation and any dispositive motion practice.

3. There have not been any prior modifications to the Court's June, 8, 2005 Scheduling Order. The requested extension of the schedule will extend the various dates in the schedule by approximately four weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 2, 2006 at Redwood Shores, California.

/s/
Perry Clark

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on dispositive motions is set for 8/1/2006 at 9:30am and the further status conference is set for 10/10/2006 at 2:00 pm.

Dated: 2/6/2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge