**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>　　　　Plaintiff–Counterclaim Defendant<br>　　v.<br><br>LEXAR MEDIA, INC.,<br><br>　　　　Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER** |
| LEXAR MEDIA, INC.,<br><br>　　　　Plaintiff-Counterclaim Defendant<br>　　v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>　　　　Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ |
| LEXAR MEDIA, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP.,<br><br>　　　　Defendants. | Case No. 00-CV-4770 MJJ |

STIPULATED EXTENSION OF CASE
SCHEDULE; ~~PROPOSED~~ ORDER;

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ

SV1:\243818\02\584Q02!.DOC\59204.0003

SV1:\243818\03\584Q03!.DOC\59204.0003

The parties have met and conferred and agree that a short extension of time will be needed to complete fact and expert discovery and to prepare for mediation, dispositive motions, and trial. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the February 6, 2006 Scheduling Order be modified as follows.

| Event | February 6, 2006 Scheduling Order | Proposed Date | |
|---|---|---|---|
| Complete fact discovery | March 24, 2006 | April 21, 2006 | |
| Burden of proof expert reports | April 14, 2006 | May 23, 2006 | |
| Rebuttal expert reports | May 12, 2006 | June 16, 2006 | |
| Complete Expert Discovery | May 29, 2006 | July 14, 2006 | |
| Last day to file dispositive motions | June 22, 2006 | August 10, 2006 | |
| Opposition briefs due | July 6, 2006 | August 25, 2006 | |
| Reply briefs due | July 13, 2006 | September 1, 2006 | |
| Hearing on dispositive motions | August 1, 2006 | ~~September 21 or 22, 2006, or as soon thereafter as is convenient for the Court and the parties~~ | 11/7/2006 |
| Mediation take place before | August 28, 2006 | On or before September 30, 2006 | |
| New claim terms designated by | August 28, 2006 | September 30, 2006 | |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATED EXTENSION OF CASE SCHEDULE; ~~PROPOSED~~ ORDER;   1

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ, 00-CV-4770 MJJ
SV1:\243818\03\584Q03!.DOC\59204.0003

| | |
|---|---|
| 1 | Dated: March 24, 2006 |
| 2 |                         /s/ *Steven Cherensky* |

Dated: March 24, 2006

              /s/ *Steven Cherensky*
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for LEXAR MEDIA, INC.

Dated: March 24, 2006

              /s/ *Rob McCauley*
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

---

STIPULATED EXTENSION OF CASE
SCHEDULE; ~~PROPOSED~~ ORDER;

2

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ
SV1:\243818\03\584Q03!.DOC\59204.0003

| | | |
|---|---|---|
| 1 | Dated: March 24, 2006 | /s/ *Jeffrey Sullivan* |
| 2 | | Jeffrey L. Bleich (Bar No. 144340)<br>BAKER BOTTS, LLP |
| 3 | | E-Mail: jeff.bleich@mto.com<br>MUNGER, TOLLES & OLSON L.L.P. |
| 4 | | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| 5 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 6 | | Robert C. Scheinfeld |
| 7 | | E-Mail: robert.scheinfeld@bakerbotts.com<br>Jeffrey D. Sullivan |
| 8 | | E-Mail: jeffrey.sullivan@bakerbotts.com<br>Eliot D. Williams |
| 9 | | E-Mail: eliot.williams@bakerbotts.com<br>BAKER BOTTS, L.L.P. |
| 10 | | 30 Rockefeller Plaza, 44th Floor<br>New York, NY 10112 |
| 11 | | Telephone: (212) 408-2500<br>Facsimile: (212) 408-2501 |
| 12 | | Attorneys for Defendant |
| 13 | | FUJI PHOTO FILM USA, INC. |
| 14 | Dated: March 24, 2006 | /s/ *Jeremy M. Duggan*<br>Daniel S. Mount, Esq. (Bar No. 077517) |
| 15 | | dmount@mount.com<br>Ron C. Finley, Esq. (Bar No. 200549) |
| 16 | | rfinley@mount.com<br>Justin T. Beck, Esq. (Bar No. 53138) |
| 17 | | jbeck@mount.com<br>Jeremy M. Duggan (Bar No. 229854) |
| 18 | | jduggan@mount.com<br>MOUNT & STOELKER, P.C. |
| 19 | | RiverPark Tower, 17th Floor<br>333 West San Carlos Street |
| 20 | | San Jose, CA 95110<br>Tel.: (408) 279-7000 |
| 21 | | Fax: (408) 998-1473 |
| 22 | | Attorneys for Defendants<br>PRETEC ELECTRONICS CORP. and |
| 23 | | C-ONE TECHNOLOGY CORPORATION<br>PNY TECHNOLOGIES, INC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATED EXTENSION OF CASE  
SCHEDULE; ~~PROPOSED~~ ORDER;  3

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,  
00-CV-4770 MJJ  
SV1:\243818\03\584Q03!.DOC\59204.0003

## SUPPORTING DECLARATION OF STEVEN CHERENSKY

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have been actively engaged in discovery and, in particular, the parties have been actively preparing for and taking depositions in the United States and in Japan since September, 2005. In recent weeks, the parties have met and conferred and agreed that the schedule in this case should be extended, as requested above, to permit the orderly completion of fact and expert discovery and to prepare for mediation and any dispositive motion practice.

3. There have not been any prior modifications to the Court's February 6, 2006 Scheduling Order. The February 6, 2006 Scheduling Order modified the schedule set in a June 8, 2005 Scheduling Order. The requested modification of the schedule will extend the various dates specified in the stipulation by approximately four to six weeks, but need not otherwise impact the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 24, 2006 at Redwood Shores, California.

      /s/ *Steven Cherensky*
      Steven Cherensky

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on |
| 3 | dispositive motions is set for __11/7/2006__ at __9:30 am__. |

Dated: 4/10/2006

*Martin J. Jenkins* (signature)

The Honorable Martin J. Jenkins
United States District Court Judge

STIPULATED EXTENSION OF CASE
SCHEDULE; ~~PROPOSED~~ ORDER;         5

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ

SV1:\243818\03\584Q03!.DOC\59204.0003