**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff–Counterclaim Defendant<br>v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>**STIPULATION TO EXTEND SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>**AND**<br><br>**TOSHIBA CORPORATION AND FUJI PHOTO FILM USA, INC.'S WITHDRAWAL OF JOINT MOTION TO CHANGE TIME** |
| LEXAR MEDIA, INC.,<br><br>    Plaintiff-Counterclaim Defendant<br>v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ |

In view of recent developments in this case, including the recent withdrawal of counsel for the defendants in related case *Lexar Media, Inc. v. Pretec Electronics Corp.*, *et al.*, 00-CV-4770 MJJ, the parties to the above-captioned cases have met and conferred and hereby stipulate that, with the Court's permission, the schedule in this case be modified as follows:

| Event | May 21, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Burden of proof expert reports | June 9, 2006 | July 10, 2006 |
| Rebuttal expert reports | July 10, 2006 | August 9 , 2006 |
| Complete Expert Discovery | July 28, 2006 | August 28, 2006 |
| Last day to file dispositive motions | August 10, 2006 | September 11, 2006 |
| Opposition briefs due | August 25, 2006 | September 25, 2006 |
| Reply briefs due | September 1, 2006 | October 2, 2006 |

In view of this stipulation, Toshiba and Fuji USA hereby withdraw their joint motion, filed on June 8, 2006, in *Toshiba v. Lexar*, 02-CV-05273 MJJ (JL) and *Lexar v. Fuji USA*, 03-CV-00355 MJJ, titled Toshiba Corporation and Fuji Photo Film USA, Inc.'s Joint: (1) Response To Lexar's Motion To Change Time In Related Case; and (2) Motion To Change Time as moot in light of the stipulation reached herein.

By his signature below, counsel for Toshiba attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATION TO EXTEND SCHEDULE      1      CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ

SV1:\243818\02\584Q02!.DOC\59204.0003

| | |
|---|---|
| 1 | Dated: June 12, 2006 |
| 2 | |
| 3 | |

                                                             /s/ *Steven Cherensky*
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for LEXAR MEDIA, INC.

Dated: June 12, 2006                              /s/ *Rob McCauley*
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes, *pro hac vice*
mike.jakes@finnegan.com
Doris Johnson Hines, *pro hac vice*
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

STIPULATION TO EXTEND SCHEDULE      2      CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,

| | |
|---|---|
| Dated: June 12, 2006 | /s/ *Jeffrey Sullivan* |
| | Jeffrey L. Bleich (Bar No. 144340) |
| | BAKER BOTTS, LLP |
| | E-Mail: jeff.bleich@mto.com |
| | MUNGER, TOLLES & OLSON L.L.P. |
| | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105 |
| | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| | |
| | Robert C. Scheinfeld |
| | E-Mail: robert.scheinfeld@bakerbotts.com |
| | Jeffrey D. Sullivan |
| | E-Mail: jeffrey.sullivan@bakerbotts.com |
| | Eliot D. Williams |
| | E-Mail: eliot.williams@bakerbotts.com |
| | BAKER BOTTS, L.L.P. |
| | 30 Rockefeller Plaza, 44th Floor |
| | New York, NY 10112 |
| | Telephone: (212) 408-2500 |
| | Facsimile: (212) 408-2501 |
| | |
| | Attorneys for Defendant |
| | FUJI PHOTO FILM USA, INC. |

**SUPPORTING DECLARATION OF ROBERT F. McCAULEY**

I, Robert F. McCauley, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., attorneys of record for Plaintiff Toshiba Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true.

3. There have not been any prior modifications to the Court's May 21, 2006, Scheduling Order, which modified an April 10, 2006 Scheduling Order, which modified a February 6, 2006 Scheduling Order, which modified a June 8, 2005 Scheduling Order.

STIPULATION TO EXTEND SCHEDULE     3     CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 12, 2006 at Palo Alto, California.

                              /s/ *Robert F. McCauley*
                              Robert F. McCauley

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31/2006                          /s/ Martin J. Jenkins
                                          The Honorable Martin J. Jenkins
                                          United States District Court Judge