1  [APPEARANCES LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7
8
9       **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA**

11      **SAN FRANCISCO DIVISION**

12  | LEXAR MEDIA, INC.,                      | Case No. 03-CV-00355 MJJ (JL) |
    |                                         |                                |
13  |    Plaintiff-Counterclaim Defendant | **STIPULATED CONTINUANCE OF HEARING; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
    | v.                                      |                                |
14  | FUJI PHOTO FILM USA, INC.,              |                                |
15  |    Defendant-Counterclaim Plaintiff |                                |

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The parties have met and conferred and agree that a continuance of the hearing on
2 | discovery issues, currently set for September 20, 2006 at 9:30 a.m. in Courtroom F, would be
3 | appropriate to provide the parties time to determine if they can resolve their discovery disputes
4 | without the intervention of the Court.  Accordingly, the parties hereby stipulate that, with the
5 | Court's permission, the hearing on discovery issues be continued until November 1, 2006 at 9:30
6 | a.m., or thereafter, as may be convenient for the Court.
7 |       By his signature below, counsel for Lexar attests under penalty of perjury that
8 | counsel for Fuji concurs in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | Dated:  September 19, 2006 | _____/s/ *Steven Cherensky*_____ |
| 2 | | Matthew D. Powers (Bar No. 104795) |
| | | matthew.powers@weil.com |
| 3 | | Steven Cherensky (Bar No. 168275) |
| | | steven.cherensky@weil.com |
| 4 | | Christopher J. Cox (Bar No. 151650) |
| | | chris.cox@weil.com |
| 5 | | WEIL, GOTSHAL & MANGES LLP |
| | | Silicon Valley Office |
| 6 | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA  94065 |
| | | Telephone:  (650) 802-3000 |
| 8 | | Facsimile:  (650) 802-3100 |
| 9 | | Anita E. Kadala |
| | | anita.kadala@weil.com |
| 10 | | WEIL, GOTSHAL & MANGES LLP |
| | | Houston Office |
| 11 | | 700 Louisiana, Suite 1600 |
| | | Houston, TX 77002 |
| 12 | | Telephone:  (713) 546-5000 |
| | | Facsimile:  (713) 224-9511 |
| 13 | | |
| | | Attorneys for Plaintiff LEXAR MEDIA, INC. |
| 14 | Dated:  September 19, 2006 | _____/s/ *Jeffrey Sullivan*_____ |
| 15 | | Jeffrey L. Bleich (Bar No. 144340) |
| | | E-Mail:  jeff.bleich@mto.com |
| 16 | | MUNGER, TOLLES & OLSON L.L.P. |
| | | 560 Mission Street, 27th Floor |
| 17 | | San Francisco, CA 94105 |
| | | Telephone:  (415) 512-4000 |
| 18 | | Facsimile:  (415) 512-4077 |
| 19 | | Robert C. Scheinfeld |
| | | E-Mail:  robert.scheinfeld@bakerbotts.com |
| 20 | | Jeffrey D. Sullivan |
| | | E-Mail:  jeffrey.sullivan@bakerbotts.com |
| 21 | | Eliot D. Williams |
| | | E-Mail:  eliot.williams@bakerbotts.com |
| 22 | | BAKER BOTTS, L.L.P. |
| | | 30 Rockefeller Plaza, 44th Floor |
| 23 | | New York, NY 10112 |
| | | Telephone:  (212) 408-2500 |
| 24 | | Facsimile:  (212) 408-2501 |
| 25 | | Attorneys for Defendant FUJI PHOTO FILM USA, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

**SUPPORTING DECLARATION OF STEVEN CHERENSKY**

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that a continuance of the hearing on discovery issues would be appropriate.

3. The hearing on discovery issues was originally set for hearing on August 16, 2006 at 9:30 a.m. A Notice of Continuance filed August 11, 2006 continued the hearing to September 20, 2006 at 9:30 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 19, 2006 at Redwood Shores, California.

_____/s/ Steven Cherensky_____
Steven Cherensky

1 **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on
3 discovery issues is continued until __November 1, 2006__ at __9:30 a.m.__.

6 Dated: __September 20, 2006__

_____
Chief ~~[signature: James Larson]~~
Judge James Larson

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA