**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., | Case No. 03-CV-00355 MJJ |
| Plaintiff-<br>Counterclaim Defendant | **STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| v. | |
| FUJI PHOTO FILM USA, INC., | |
| Defendant-<br>Counterclaim Plaintiff | |

The parties have met and conferred and agree that a short extension of time will be needed to complete expert discovery. Accordingly, the parties hereby stipulate that, with the Court's permission, the schedule in this case be modified as follows.

| Event | August 31, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Complete expert discovery | September 22, 2006 | November 3, 2006 |
| Last day to file dispositive motions | October 3, 2006 | November 28, 2006 |
| Last day to file dispositive motion opposition briefs due | September 25, 2006 | January 8, 2007 |
| Last day to file dispositive motion reply briefs due | October 2, 2006 | January 22, 2007 |

A hearing date for dispositive motions may be determined by the Court.

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

1   Dated:  September 22, 2006            _____/s/ *Steven Cherensky*_____

2                                        Matthew D. Powers (Bar No. 104795)
                                         matthew.powers@weil.com
3                                        Steven Cherensky (Bar No. 168275)
                                         steven.cherensky@weil.com
4                                        Christopher J. Cox (Bar No. 151650)
                                         chris.cox@weil.com
5                                        WEIL, GOTSHAL & MANGES LLP
                                         Silicon Valley Office
6                                        201 Redwood Shores Parkway
                                         Redwood Shores, CA  94065
7                                        Telephone:  (650) 802-3000
                                         Facsimile:  (650) 802-3100
8

9                                        Anita E. Kadala
                                         anita.kadala@weil.com
10                                       WEIL, GOTSHAL & MANGES LLP
                                         Houston Office
11                                       700 Louisiana, Suite 1600
                                         Houston, TX 77002
12                                       Telephone:  (713) 546-5000
                                         Facsimile:  (713) 224-9511
13
                                         Attorneys for LEXAR MEDIA, INC.
14
    Dated:  September 22, 2006            _____/s/ *Jeffrey Sullivan*_____
15                                       Jeffrey L. Bleich (Bar No. 144340)
                                         E-Mail:  jeff.bleich@mto.com
16                                       MUNGER, TOLLES & OLSON L.L.P.
                                         560 Mission Street, 27th Floor
17                                       San Francisco, CA 94105
                                         Telephone:  (415) 512-4000
18                                       Facsimile:  (415) 512-4077

19                                       Robert C. Scheinfeld
                                         E-Mail:  robert.scheinfeld@bakerbotts.com
20                                       Jeffrey D. Sullivan
                                         E-Mail:  jeffrey.sullivan@bakerbotts.com
21                                       Eliot D. Williams
                                         E-Mail:  eliot.williams@bakerbotts.com
22                                       BAKER BOTTS, L.L.P.
                                         30 Rockefeller Plaza, 44th Floor
23                                       New York, NY 10112
                                         Telephone:  (212) 408-2500
24                                       Facsimile:  (212) 408-2501

25                                       Attorneys for FUJI PHOTO FILM USA, INC.

26

27

28

**SUPPORTING DECLARATION OF STEVEN CHERENSKY**

I, Steven Cherensky, declare as follows:

1.     I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.     The factual representations made above in the above Stipulation are true. The parties have met and conferred and agree that the schedule in this case should be extended, as requested above, to permit the orderly completion of expert reports and discovery.

3.     There have not been any prior modifications to the August 31, 2006 Scheduling Order (Docket No. 162).  The August 31, 2006 Scheduling Order (granting an August 11, 2006 Proposed Order) modified two other scheduling orders entered on August 31, 2006: Docket No. 161 (Scheduling Order granting an August 4, 2006 Proposed Order) and Docket No. 160 (Scheduling Order granting an June 12, 2006 Proposed Order).  The June 12, 2006 Proposed Order modified the Court's May 21, 2006 Scheduling Order. The May 21, 2006 Scheduling Order modified the April 10, 2006 Scheduling Order. The April 10, 2006 Scheduling Order modified the February 6, 2006 Scheduling Order, which modified the schedule set in a June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 22, 2006 at Redwood Shores, California.

_____ */s/ Steven Cherensky*_____

Steven Cherensky

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: __9/26/2006_____ __                    _____

5

The Honorable Martin J. Jenkins
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28