Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
Juan Enrique Pearce (236228)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Eric J. Faragi
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

*Attorneys For Defendant*
FUJI PHOTO FILM U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>FUJI PHOTO FILM U.S.A., INC.,<br><br>Defendant-Counterclaimant. | Case No. C3-CV-00355 (MJJ)<br><br>**NOTICE OF SUBSTITUTION AND ASSOCIATION OF COUNSEL**<br><br>AND ORDER |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant FUJI PHOTO FILM U.S.A., INC., hereby associates G. Whitney Leigh (State Bar No. 153457), Eumi K. Lee (State Bar No. 209481) and Juan Enrique Pearce (State Bar No. 236228) of the Law Office of Gonzalez & Leigh, LLP as its counsel of record in this matter along with Baker Botts LLP. Gonzalez & Leigh, LLP hereby replaces Munger, Tolles & Olson, LLP, 33 New Montgomery Tower, 19th Floor, San Francisco 94105-9781 as designated co-counsel pursuant to Civil Local Rule 11-3.

All pleadings, orders and notices should henceforth be served upon Mr. Leigh and Ms. Lee and Mr. Pearce at Gonzalez & Leigh LLP, Two Shaw Alley, Third Floor, San Francisco, California 94105, in addition to counsel who are currently on the service list. The telephone and facsimile numbers at Gonzalez & Leigh LLP are (415) 512-2000 (telephone), and (415) 512-2001 (facsimile). The e-mail addresses for Mr. Leigh, Ms. Lee and Mr. Pearce are wleigh@gonzalezleigh.com, elee@gonzalezleigh.com and epearce@gonzalezleigh.com respectively.

Dated: October 6, 2006

GONZALEZ & LEIGH LLP

By: _____
JUAN ENRIQUE PEARCE
Attorneys for Defendant
FUJI PHOTO FILM U.S.A., INC.

Dated: September ___, 2006

BAKER BOTTS, LLP

By: _____
JEFFREY D. SULLIVAN
Attorneys for Defendant
FUJI PHOTO FILM U.S.A., INC.

*IT IS SO ORDERED*
Judge Martin J. Jenkins
10/11/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

NOTICE OF SUBSTITUTION AND ASSOCIATION OF COUNSEL
CASE NO. 03-CV-00355 (MJJ)

2