**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>         Plaintiff-Counterclaim Defendant<br>    v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>         Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ<br><br>**STIPULATED CONTINUANCE OF HEARING; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

1       The parties have met and conferred and agree that a continuance of the hearing on
2 discovery issues, currently set for November 1, 2006 at 9:30 a.m. in Courtroom F, would be
3 appropriate to provide the parties time to determine if they can resolve their discovery disputes
4 without the intervention of the Court. Accordingly, the parties hereby stipulate that, with the
5 Court's permission, the hearing on discovery issues be continued until January 10, 2007 at 9:30
6 a.m., or thereafter, as may be convenient for the Court.

7       By his signature below, counsel for Lexar attests under penalty of perjury that
8 counsel for Fuji concurs in the filing of this Stipulation.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED CONTINUANCE OF HEARING DATE;
SUPPORTING DECLARATION; PROPOSED ORDER

1

CASE NO. 03-CV-00355 MJJ (JL)
SV1:\258686\02\5JLQ02!.DOC\11065.0004

| | | |
|---|---|---|
| 1 | Dated: October 31, 2006 | /s/ *Steven Cherensky* |
| 2 | | Matthew D. Powers (Bar No. 104795) |
| | | E-Mail: matthew.powers@weil.com |
| 3 | | Steven S. Cherensky (Bar No. 168275) |
| | | E-Mail: steven.cherensky@weil.com |
| 4 | | Christopher J. Cox (Bar No. 151650) |
| | | Email: chris.cox@weil.com |
| 5 | | WEIL, GOTSHAL & MANGES LLP |
| | | 201 Redwood Shores Parkway |
| 6 | | Redwood Shores, CA 94065 |
| 7 | | Telephone: (650) 802-3000 |
| | | Facsimile: (650) 802-3100 |

Anita E. Kadala
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Admitted *Pro Hac Vice*

Jonathan M. James
Email: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Ave.
Phoenix, AZ 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani E. Shanberg
Email: sshanberg@perkinscoie.com
Dieter H. Hellmoldt
Email: dhellmoldt@perkinscoie.com
Lila I. Bailey
Email: lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for LEXAR MEDIA, INC.

| | | |
|---|---|---|
| 1 | Dated: October 31, 2006 | /s/ *Jeffrey Sullivan* |

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM USA, INC.

## SUPPORTING DECLARATION OF RIP FINST

I, Rip Finst, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that a continuance of the hearing on discovery issues would be appropriate.

3. The hearing on discovery issues was originally set for August 16, 2006 at 9:30 a.m. A Notice of Continuance filed August 11, 2006 continued the hearing to September 20, 2006 at 9:30 a.m., and a Notice of Continuance filed September 20, 2006 continued the hearing to November 1, 2006 at 9:30 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 31, 2006 at Redwood Shores, California.

                 _____/s/ Rip Finst_____
                 Rip Finst

Case 3:03-cv-00355 Document 180 Filed 10/31/2006 Page 6 of 6

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on discovery issues is continued until ______________________ at ____________.

January 10, 2007 @ 9:30 a.m.

Dated: November 1, 2006 ______________________________

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge James Larson

Judge