1  [APPEARANCES LISTED ON SIGNATURE PAGES]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 LEXAR MEDIA, INC., | Case No. 03-CV-00355 MJJ |
| 12   Plaintiff-<br>  Counterclaim Defendant | **STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING** |
| 13   v. | **DECLARATION;** ▮▮▮▮▮▮▮ **ORDER** |
| 14 FUJI PHOTO FILM USA, INC., | |
| 15   Defendant-<br>  Counterclaim Plaintiff | |

The parties have met and conferred and agree that a short extension of time will be needed to complete expert discovery. Accordingly, the parties hereby stipulate that, with the Court's permission, the schedule in this case be modified as follows:

| Event | September 26, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Complete expert discovery | 11/3/06 | 12/1/06 |
| Last day to file dispositive motions | 11/28/06 | 12/19/06 |
| Last day to file dispositive motion opposition briefs due | 1/8/07 | 1/16/07 |
| Last day to file dispositive motion reply briefs due | 1/22/07 | 1/24/07 |

A hearing date for dispositive motions may be determined by the Court.

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: October 19, 2006 | /s/ Steven Cherensky |
| 2 | | Matthew D. Powers (Bar No. 104795) |
| | | E-Mail: matthew.powers@weil.com |
| 3 | | Steven S. Cherensky (Bar No. 168275) |
| | | E-Mail: steven.cherensky@weil.com |
| 4 | | Christopher J. Cox (Bar No. 151650) |
| | | Email: chris.cox@weil.com |
| 5 | | WEIL, GOTSHAL & MANGES LLP |
| | | 201 Redwood Shores Parkway |
| 6 | | Redwood Shores, CA 94065 |
| 7 | | Telephone: (650) 802-3000 |
| | | Facsimile: (650) 802-3100 |

Dated: October 19, 2006       /s/ Steven Cherensky
                              Matthew D. Powers (Bar No. 104795)
                              E-Mail: matthew.powers@weil.com
                              Steven S. Cherensky (Bar No. 168275)
                              E-Mail: steven.cherensky@weil.com
                              Christopher J. Cox (Bar No. 151650)
                              Email: chris.cox@weil.com
                              WEIL, GOTSHAL & MANGES LLP
                              201 Redwood Shores Parkway
                              Redwood Shores, CA 94065
                              Telephone: (650) 802-3000
                              Facsimile: (650) 802-3100

                              Anita E. Kadala
                              Email: anita.kadala@weil.com
                              WEIL, GOTSHAL & MANGES LLP
                              700 Louisiana, Suite 1600
                              Houston, Texas 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Admitted Pro Hac Vice

                              Jonathan M. James
                              Email: jjames@perkinscoie.com
                              PERKINS COIE LLP
                              2901 North Central Ave.
                              Phoenix, AZ 85001-0400
                              Telephone: (602) 351-8000
                              Facsimile: (602) 351-7000

                              Stefani E. Shanberg
                              Email: sshanberg@perkinscoie.com
                              Dieter H. Hellmoldt
                              Email: dhellmoldt@perkinscoie.com
                              Lila I. Bailey
                              Email: lbailey@perkinscoie.com
                              PERKINS COIE LLP
                              Four Embarcadero Ctr., Ste. 2400
                              San Francisco, CA 94111
                              Telephone: (415) 344-7000
                              Facsimile: (415) 344-7050

                              Attorneys for LEXAR MEDIA, INC.

| | | |
|---|---|---|
| 1 | Dated: October 19, 2006 | /s/ *Jeffrey Sullivan* |

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Baker Botts L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM USA, INC.

---

STIPULATED EXTENSION OF CASE SCHEDULE;
SUPPORTING DECLARATION; ▮▮▮▮ D ORDER

4

CASE NO. 03-CV-00355 MJJ
SV1:\258059\01\5J4B01!.DOC\11065.0004

## SUPPORTING DECLARATION OF STEVEN CHERENSKY

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agree that the schedule in this case should be extended, as requested above, to permit the orderly completion of expert reports and discovery.

3. There have not been any prior modifications to the September 26, 2006 Scheduling Order (Docket No. 171), which modified the August 31, 2006 Scheduling Order (Docket No. 162). The August 31, 2006 Scheduling Order (granting an August 11, 2006 Proposed Order) modified two other scheduling orders entered on August 31, 2006: Docket No. 161 (Scheduling Order granting an August 4, 2006 Proposed Order) and Docket No. 160 (Scheduling Order granting an June 12, 2006 Proposed Order). The June 12, 2006 Proposed Order modified the Court's May 21, 2006 Scheduling Order. The May 21, 2006 Scheduling Order modified the April 10, 2006 Scheduling Order. The April 10, 2006 Scheduling Order modified the February 6, 2006 Scheduling Order, which modified the schedule set in a June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 19, 2006 at Redwood Shores, California.

/s/ Steven Cherensky<br>
Steven Cherensky

1  **[PROPOSED] ORDER**
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: 10/31/2006
5  _____
   The Honorable Martin J. Jenkins
   United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28