Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Eric J. Faragi
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York  10112-4498
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501
*Admitted Pro Hac Vice*

*Attorneys For Defendant,*
FUJI PHOTO FILM U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>FUJI PHOTO FILM U.S.A. INC.,<br><br>　　　　Defendant-Counterclaimant. | Case No. 03-cv-00355 MJJ<br><br>**NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On February 6, 2007, Defendant Fuji Photo Film U.S.A., Inc. ("Fuji USA") requested, pursuant to L.R. 16.10 (c), that the Court schedule a teleconference with the parties to address a scheduling issue related to the Court's previous Scheduling Orders in this matter, and to

1

disclosures required to be made on February 7, 2007 under the Scheduling Orders. Fuji USA has requested that the teleconference take place on February 7, 2007, at 2:30 p.m.

The Court determines that a telephonic case management conference is warranted to discuss scheduling matters. However, the Court is not available at the time requested. The Court is available for a teleconference on February 8, 2007 at 11:00 a.m.

Upon good cause shown, IT IS HEREBY ORDERED that:

1. A teleconference will take place on February 8, 2007 at 11:00 a.m. Counsel for Fuji USA shall initiate the teleconference by first contacting counsel for plaintiff Lexar Media, Inc., and then by contacting the Court to join the conference.

2. All pretrial disclosures currently due to be made on February 7, 2007 are STAYED pending the February 8, 2007 teleconference.

IT IS SO ORDERED.

DATED: __February 7, 2007_____

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C-03-cv-00355 MJJ