1  [APPEARANCES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>            Plaintiff-Counterclaim<br>            Defendant,<br><br>     v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>            Defendant-Counterclaim<br>            Plaintiff. | Case No. 03-CV-00355 MJJ<br><br>**STIPULATION TO JOIN ACCLAIM INNOVATIONS, LLC AS PLAINTIFF** |

The parties met and conferred and agreed that Acclaim Innovations, LLC ("Acclaim") shall be joined in this action as a party plaintiff pursuant to Federal Rule of Civil Procedure 19(a). Plaintiff Lexar Media, Inc. ("Lexar") hereby represents that Acclaim recently acquired all interests in the patents-in-suit from Lexar. Defendant Fuji Photo Film U.S.A., Inc. ("Fuji USA") has sought discovery relating to transactions and transfers of ownership interests as between and among Lexar and Acclaim, but certain of its discovery requests remain unanswered and the subject of pending disputes before this Court. This being so, Fuji USA cannot confirm or deny whether Acclaim is the sole owner of all interests in the patents-in-suit, and does not therefore affirmatively join in or accede to Lexar's characterization of Acclaim's status or standing. Subject to this reservation, as the purported patent owner, Acclaim is or would be the real party in interest and Acclaim's interests would not be sufficiently protected or represented in this action unless it is named as a party. Under these circumstances, Federal Rule of Civil Procedure 19(a) authorizes the Court to join Acclaim as a plaintiff.

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for defendant concurs in the filing of this Stipulation and that counsel for defendant does not oppose the joinder of Acclaim, subject to its above reservation of rights and its previously-stated defenses herein.

| | |
|---|---|
| Dated: February 7, 2007 | /s/ *Steven Cherensky* |

                                    Matthew D. Powers (Bar No. 104795)
E-Mail: matthew.powers@weil.com
Steven S. Cherensky (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Admitted *Pro Hac Vice*

Jonathan M. James
Email: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Ave.
Phoenix, AZ 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani E. Shanberg
Email: sshanberg@perkinscoie.com
Dieter H. Hellmoldt
Email: dhellmoldt@perkinscoie.com
Lila I. Bailey
Email: lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for LEXAR MEDIA, INC.

| | |
|---|---|
| 1    Dated: February 7, 2007 | /s/ *Jeffrey Sullivan* |

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM USA, INC.

## SUPPORTING DECLARATION OF RIP FINST

I, Rip Finst, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. and Acclaim Innovations, LLC. I have personal knowledge of the matters referred to in this declaration or have made myself acquainted with the matters set forth in this declaration. If called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that Acclaim Innovations, LLC shall be joined in this action as a party plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 7, 2007 at Redwood Shores, California.

                                                              */s/ Rip Finst*
                                                                 Rip Finst

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Acclaim Innovations, LLC is hereby joined in this action as a party plaintiff.

Dated: _____February 12, 2007_____   _____
The Honorable Martin J. Jenkins
United States District Court Judge