UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXAR MEDIA, INC., ET AL., | No. C-03-00355 MJJ (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE SETTLEMENT CONFERENCE** |
| FUJI PHOTO FILM U.S.A., INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter is currently scheduled for a Settlement Conference before the undersigned on **March 1, 2007, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS HEREBY ORDERED AS FOLLOWS:

1. **On or before February 19, 2007**, Defendant shall produce, for settlement purposes only, a chart showing the annual sales figures of each accused product for the relevant time period.

2. **On or before February 19, 2007**, Plaintiffs shall produce, for settlement purposes only, a chart showing the annual sales figures of each accused product in Related Case No. C-06-1571 MJJ for the relevant time period.

3. **On or before February 21, 2007**, Plaintiffs shall serve on Defendant a comprehensive settlement proposal, with a written copy served on the undersigned, that would resolve the case in its entirety.

4. **On or before February 24, 2007**, Defendant shall respond to Plaintiffs' settlement proposal and serve its own comprehensive settlement proposal, with a written copy served on the undersigned, that would resolve the case in its entirety.

5. **On or before February 28, 2007**, principals from each party, who have unlimited authority to negotiate a settlement, shall meet and confer *in person* to discuss possible settlement of the case.

Counsel shall contact Chambers at (415) 522-3691 in the event that this case settles prior to the March 1, 2007 Settlement Conference. All other provisions of the February 13, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 15, 2007

JOSEPH C. SPERO
United States Magistrate Judge

2