RECEIVED
07 FEB 26  AM 11: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California



LEXAR MEDIA, INC. and ACCLAIM INNOVATIONS, LLC

Plaintiff(s),

v.

FUJI PHOTO FILM U.S.A., INC.

Defendant(s).

CASE NO. 03-CV-00355 MJJ

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DOUGLAS W. McCLELLAN, an active member in good standing of the bar of U.S. District Court, Eastern District of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX 77002  Tel: 713-546-5313

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LEXAR MEDIA & ACCLAIM INNOVATIONS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 26, 2007

_____
United States District   Judge