UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXAR MEDIA, INC., ET AL., | No. C-03-00355 MJJ (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| FUJI PHOTO FILM U.S.A., INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a Further Settlement Conference has been scheduled to take place before the undersigned on **March 9, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the conference with the parties who have full and unlimited authority to negotiate a settlement in this matter.

Counsel shall contact Chambers at (415) 522-3691 in the event that this case settles prior to the March 9, 2007 Further Settlement Conference. All other provisions of the February 13, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: March 6, 2007

JOSEPH C. SPERO
United States Magistrate Judge