Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, California  94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Eric J. Faragi
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York  10112
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501
*Admitted Pro Hac Vice*

*Attorneys For Defendant,*
FUJI PHOTO FILM U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC.,<br><br>    Plaintiff-Counterdefendant,<br><br>    v.<br><br>FUJI PHOTO FILM U.S.A., INC.,<br><br>    Defendant-Counterclaimant. | [PROPOSED] ORDER GRANTING FUJI PHOTO FILM U.S.A., INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5<br><br>Case No. 03-cv-00355 MJJ |

Upon good cause shown, IT IS HEREBY ORDERED that the following documents shall be received and filed under seal by the Clerk:

-1-

1. Exhibit A to Fuji Photo Film U.S.A., Inc.'s Consolidated Opposition to Lexar Media Inc.'s and Acclaim Innovations, LLC's Motions *In Limine* (Expert Report of Dr. V. Thomas Rhyne);

2. Exhibit B to Fuji Photo Film U.S.A., Inc.'s Consolidated Opposition to Lexar Media Inc.'s and Acclaim Innovations, LLC's Motions *In Limine* (PC Card Trade Show Documentation (FJB 052140-50 and translations thereof));

3. Exhibit C to Fuji Photo Film U.S.A., Inc.'s Consolidated Opposition to Lexar Media Inc.'s and Acclaim Innovations, LLC's Motions *In Limine* (Portions of the Deposition Testimony of John Bock, taken on January 31, 2006 pursuant to Fed. R. Civ. P. Rule 30(b)(6));

4. Exhibit D to Fuji Photo Film U.S.A., Inc.'s Consolidated Opposition to Lexar Media Inc.'s and Acclaim Innovations, LLC's Motions *In Limine* (Portions of the Deposition Testimony of Anthony Sorice, taken on January 30, 2006 pursuant to Fed. R. Civ. P. Rule 30(b)(6)); and

5. The Highlighted version of Fuji Photo Film U.S.A., Inc.'s Consolidated Opposition to Lexar Media Inc.'s and Acclaim Innovations, LLC's Motions *In Limine*.

IT IS SO ORDERED.

San Francisco, California

_____3/15_____, 2007
Dated

_____
Honorable Martin J. Jenkins
United States District Court Judge