1  [APPEARANCES LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC. and ACCLAIM INNOVATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FUJI PHOTO FILM U.S.A., INC.,<br><br>Defendant. | Case No. 03-cv-00355 MJJ<br><br>**STIPULATION OF DISMISSAL;** [~~PROPOSED~~] **ORDER** |

The parties to the above-entitled action, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety, including each and every claim and counterclaim in their entireties WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys fees.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 18, 2007 | By: _____ */s/ Steven Cherensky* _____ |
| 3 | | Matthew D. Powers (Bar No. 104795) |
| | | E-Mail: matthew.powers@weil.com |
| 4 | | Steven Cherensky (Bar No. 168275) |
| | | E-Mail: steven.cherensky@weil.com |
| 5 | | WEIL, GOTSHAL & MANGES LLP |
| | | 201 Redwood Shores Parkway |
| 6 | | Redwood Shores, California  94065 |
| | | Telephone: (650) 802-3000 |
| 7 | | Facsimile: (650) 802-3100 |
| 8 | | Anita E. Kadala |
| | | E-Mail:  anita.kadala@weil.com |
| 9 | | WEIL, GOTSHAL & MANGES LLP |
| | | 700 Louisiana, Suite 1600 |
| 10 | | Houston, Texas 77002 |
| | | Telephone: (713) 546-5000 |
| 11 | | Facsimile: (713) 224-9511 |
| | | *Admitted Pro Hac Vice* |
| 12 | | |
| 13 | | Jonathan M. James |
| | | E-Mail: jjames@perkinscoie.com |
| 14 | | PERKINS COIE LLP |
| | | 2901 North Central Ave. |
| 15 | | Phoenix, Arizona  85001 |
| | | Telephone:  (602) 351-8000 |
| 16 | | Attorneys for Plaintiffs, |
| | | LEXAR MEDIA, INC. and |
| 17 | | ACCLAIM INNOVATIONS, LLC |
| 18 | | |
| 19 | Dated: April 18, 2007 | By: _____ */s/ Eliot D. Williams* _____ |
| 20 | | Robert C. Scheinfeld |
| | | E-Mail: robert.scheinfeld@bakerbotts.com |
| 21 | | Jeffrey D. Sullivan |
| | | E-Mail: jeffrey.sullivan@bakerbotts.com |
| 22 | | Eliot D. Williams |
| | | E-Mail: eliot.williams@bakerbotts.com |
| 23 | | Eric J. Faragi |
| | | E-Mail: eric.faragi@bakerbotts.com |
| 24 | | BAKER BOTTS L.L.P. |
| | | 30 Rockefeller Plaza, 44th Floor |
| 25 | | New York, New York  10112 |
| | | Telephone: (212) 408-2500 |
| 26 | | Facsimile: (212) 408-2501 |
| | | *Admitted Pro Hac Vice* |
| 27 | | |
| | | G. Whitney Leigh |
| 28 | | Eumi K. Lee |

1  
2  
3  
Juan Enrique Pearce  
GONZALEZ & LEIGH LLP  
Two Shaw Alley, 3rd Floor  
San Francisco, California 94105  
Telephone: (415) 512-2000  
Facsimile: (415) 512-2001  

4  
5  
Attorneys for Defendant,  
FUJI PHOTO FILM U.S.A., INC.  

6     **[PROPOSED] ORDER**

7     PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  
9  
Dated: _____5/2_____, 2007     _____/s/ Martin J. Jenkins_____  
The Honorable Martin J. Jenkins  
United States District Judge